IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LOUIS E. WILLIAMS, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:10-CV-105 (CDL) |
| ATHENS IMPORT AUTO REPAIR, | * |
| WELCOME AUTOMOTIVE SERVICES | |
| COMPLETE AUTO REPAIR SHELL | * |
| and TEXACO, et al., | |
| | * |
| Defendants | |
| | * |

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on January 7, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 7th day of February, 2011.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE